UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:   20-19604
Garnet L Tucker and Linda S Cruz–Tucker )
)
) Chapter:  7
)
) Honorable LaShonda A. Hunt
)
Debtor(s) )

### ORDER DELAYING DISCHARGE TO FILE THE REAFFIRMATION AGREEMENT

THIS MATTER coming to be heard on the Debtors MOTION TO DELAY DISCHARGE TO FILE THE REAFFIRMATION AGREEMENT, the Court having jurisdiction, with due notice having been given to all parties in interest; the Court finds as follows:

IT IS SO ORDERED:

1) The Debtors Motion to Delay Discharge to file a Reaffirmation Agreement is hereby granted.

2) The entry of the Debtor's discharge is delayed until 3/8/2021.

Enter:

Honorable LaShonda A. Hunt
Dated:                                                                United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko